AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Juan C. Jove-Reyes
_Petitioner_

v.                                    Case No. 5:23-cv-230-JLB-PRL
                                      _(Supplied by Clerk of Court)_

Warden Gunther
_Respondent_
*(name of warden or authorized person having custody of petitioner)*

FILED 2023 APR -6 AM 10:35 CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF FL OCALA, FLORIDA

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Juan C. Jove-Reyes
   (b) Other names you have used: None

2. Place of confinement:
   (a) Name of institution: FCI Butner 1
   (b) Address: PO Box 1000
                Butner, NC 27509
   (c) Your identification number: 34958-177

3. Are you currently being held on orders by:
   ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Southern District of Texas, Laredo, Texas
      (b) Docket number of criminal case: Unknown
      (c) Date of sentencing: 7-12-2013
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☐ Pretrial detention
   - ☐ Immigration detention
   - ☐ Detainer
   - ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   - ☒ Disciplinary proceedings
   - ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __BOP  DHO__
   (b) Docket number, case number, or opinion number: __3618470__
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): __31 days GCT, 120 days commissary restriction, 120 days loss of email, 30 days disciplinary segergation__
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: __Counselor Brazill  USP Coleman__
       (2) Date of filing: __4-29-22__
       (3) Docket number, case number, or opinion number: __3618470__
       (4) Result: __Denied__
       (5) Date of result: __Unknown__
       (6) Issues raised: __Didn't have any time with the staff rep prior to hearing. DHO refused to watch video evidence. DHO did not question my requested witnesses. No physical evidence against me. Insufficient__

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

evidence. Sanctions were excessive.

(b) If you answered "No," explain why you did not appeal: /

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Warden Gunther USP Coleman
       (2) Date of filing: Unknown
       (3) Docket number, case number, or opinion number: 3618470
       (4) Result: Denied
       (5) Date of result: Unknown
       (6) Issues raised: Same as First Appeal

   (b) If you answered "No," explain why you did not file a second appeal: /

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: BOP Central Office.
       (2) Date of filing: 8-22-22
       (3) Docket number, case number, or opinion number: 3618470
       (4) Result: No response
       (5) Date of result: No response
       (6) Issues raised: Same as First Appeal

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes   ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes   ☒ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Didn't get any time with my staFF rep to obtain additional witness statements that would not Fit on the Form during my UDC hEARing.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
A review of the DHO hearing will show I requested more witnesses for my hearing.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** The hearing officer refused to watch the video that would show if I and the officer were in the cell together

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
A review of the DHO hearing will show no video evidence was admitted in my case.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND THREE:** The DHO neglected to call my witnesses and failed to explain "why" she rejected other witnesses as less credible then the reporting officer

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
A review of the hearing will show how the DHO rejected witnesses and found others to be less credible.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Sanctions were excessive

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The taking of GCT and the other sanctions were excessive and should not be levied against me.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: I ask the court to grant me another hearing and allow my additional witnesses or resend the sanctions that were levied against me.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: March 29, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3-27-23

*Jove-Reyes, Juan*
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any